IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREG MARTIN, Administrator of<br>The Estate of JORDAN MAKENZIE<br>MARTIN, deceased,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>NEWELL RUBBERMAID, INC. and<br>GRACO CHILDREN'S PRODUCTS,<br>INC.,<br>　　　　　Defendants. | Civil Action No. ~~04 CVS 5337~~<br><br>3:04CV213<br><br><br>**ORDER FOR<br>PRO HAC VICE ADMISSION OF<br>JOSHUA D. LEE** |

This matter comes before the Court duly noticed and upon the motion of Tracy E. Tomlin and William M. Starr of Nelson Mullins Riley & Scarborough, L.L.P. for the appointment of JOSHUA D. LEE, ESQ. for special admission pursuant to 83.1(B) of the United States District Court for the Western District of North Carolina to practice before this Court in the above-captioned action as attorney for the Defendant, Graco Children's Products, Inc. Having reviewed the motion, the Court finds that JOSHUA D. LEE, ESQ. is qualified to practice before this Court. Now, therefore, upon the motion of Tracy E. Tomlin and William M. Starr

IT IS ORDERED that JOSHUA D. LEE, ESQ. is hereby admitted to practice before this Court and to represent Defendant, Graco Children's Products, Inc., in the above-captioned action.

IT IS SO ORDERED this 13th day of June, 2005.

_____
United States District Court Judge

~Doc# 58776.01~