# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04CV213

| | |
|---|---|
| GREG MARTIN, Administrator of the Estate of JORDAN MAKENZIE MARTIN,     Plaintiffs<br><br>vs.<br><br>NEWELL RUBBERMAID, INC. and GRACO CHILDREN'S PRODUCTS, INC.,     Defendants. | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** on the "Defendant Graco Children's Products, Inc.'s Motion to Increase the Number of Depositions of Fact Witnesses" (Document No. 17), filed August 4, 2005 by Graco Children's Products, Inc. ("Graco"). Greg Martin, as administrator of the estate of Jordan Makenzie Martin, has not responded to the Motion, and the time for doing so has expired. Accordingly, and for good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Defendant Graco Children's Products, Inc.'s Motion to Increase the Number of Depositions of Fact Witnesses" (Document No. 17) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Pretrial Order and Case Management Plan, entered by the Court on September 13, 2004 and as subsequently amended, is hereby further amended as follows:

Each party may depose no more than 20 fact witnesses without prior approval of the Court.

**Signed: September 8, 2005**

David C. Keesler
United States Magistrate Judge