UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| GREG MARTIN, Administrator of the Estate of JORDAN MAKENZIE MARTIN, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No.: 3:04-cv-213-C |
| NEWELL RUBBERMAID, INC. d/b/a GRACO, GRACO CHILDREN'S PRODUCTS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER OF DISMISSAL**

The parties in this action have agreed to the dismissal with prejudice of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. No. 25). The Court is of the opinion that the motion should be granted.

**THEREFORE, IT IS ORDERED** that the above-entitled cause and all claims made by Plaintiff against Defendants are **HEREBY DISMISSED** with prejudice to the re-filing of same. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

This is a final judgment.

Signed: October 14, 2007

Robert J. Conrad, Jr.
Chief United States District Judge